UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JACK DOUGLAS TEIXEIRA,  )<br>)<br>Defendant.  )<br>) | MBD No. 23-MC-91317-NMG |

**MOTION FOR EXCLUSION**
**OF TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through undersigned counsel, respectfully moves this Court to exclude the period from April 14, 2023, through and including May 19, 2023, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(1)(H), which permits the time resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of said motion, to be excluded from the computation of time within which an information or indictment must be filed.

**CHRONOLOGY**

The defendant was charged by Criminal Complaint with the unauthorized retention and transmission of national defense information in violation of 18 U.S.C. §§ 793(b) and (b), and unauthorized removal and retention of classified documents or materials in violation of 18 U.S.C. § 1924. See 23-mj-04293-DHH. Defendant was arrested on April 13, 2023.

The defendant's initial appearance before Magistrate Judge David Hennessy occurred on April 14, 2022. ECF No. 5. During the initial appearance, the government made an oral motion to detain the defendant pursuant to 18 U.S.C. §§ 3142(f)(2)(A) and (B). *Id.* A hearing on the government's detention motion was initially scheduled to occur on April 19, 2023. *Id.* However, the defendant filed an assented-to motion to continue the hearing on April 19, 2023. ECF No. 13. The

detention hearing was subsequently held before Judge Hennessy on April 27, 2023. ECF. No. 23. The court took the matter under advisement. Id. The next date was initially set as May 11, 2023. for a continuation of the detention hearing. ECF. No. 26. That date was then cancelled by the court and the hearing was continued until May 16, 2023. ECF. No. 30. The May 16th date was also cancelled by the court and the matter was continued until May 19, 2023. ECF. No. 31. The court entered a docket note indicating that the court intended to rule on the motion for detention on May 19, 2023. ECF. No. 32.

The Government asks the Court to enter an order excluding from the speedy trial computation the period from the government's oral motion for detention (April 14, 2023) through and including the date of the Court's expected decision on the government's motion for detention. This period constitutes a delay resulting from a "pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of such much," *see* 18 U.S.C. § 3161(h)(1)(D), as well as a "delay reasonably attributable to any period … during which any proceeding concerning the defendant is actually under advisement by the court," *see* 18 U.S.C. § 3161(h)(1)(H).

A proposed order is attached.

                               Respectfully submitted,

                               RACHAEL S. ROLLINS
                               United States Attorney

By:   */s/ Nadine Pellegrini*
        NADINE PELLEGRINI
        JARED DOLAN
        JASON A. CASEY
        Assistant United States Attorneys

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed on counsel of record through electronic mail which will provide notice to counsel.

                                          /s/Nadine Pellegrini
                                          NADINE PELLEGRINI
                                          Assistant United States Attorney